[No. 12989-2-II. Division Two. August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA MICHAEL GILES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 229058R011, Karen G. Seinfeld, J., entered June 9, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12708-3-II. Division Two. August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SCOTT ADAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 88-1-00351-1, Don L. McCulloch, J., entered March 3, 1989. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.

[No. 12855-1-II. Division Two. August 7, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES H. LEUPP, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 88-1-00103-3, Michael G. Spencer, J., entered May 15, 1989. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Petrich, J.